BILLY M. SIME, OSB 823932
PARKS, BAUER, SIME, WINKLER & FERNETY LLP
570 Liberty Street SE, Suite 200
Salem, OR 97301
Tel:   503-371-3502
Fax:   503-371-0429
bsime@pbswlaw.com
       Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT GRAY PARTNERS, INC., ) | Case No. 3:06-CV-1386-KI |
| ) | |
| Plaintiff, ) | **DEFENDANT CONTINENTAL** |
| ) | **WESTERN INSURANCE COMPANY'S** |
| vs. ) | **APPENDIX OF EXHIBITS IN** |
| ) | **OPPOSITION TO PLAINTIFF'S** |
| CONTINENTAL WESTERN INSURANCE ) | **MOTION FOR PARTIAL SUMMARY** |
| COMPANY, ) | **JUDGMENT** |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Continental Western Insurance Company ("Continental Western") submits the following in opposition to Plaintiff's Motion for Partial Summary Judgment. This Appendix is submitted pursuant to 28 U.S.C. § 2201, Rules 56 and 57 of the Federal Rules of Civil Procedure, and Rule 7.5 and 56.1(b) of the Local Rules of Civil Practice of the U.S. District Court of Oregon.

///

///

///

///

///

///

///

| Exhibit | Document |
|---------|----------|
| J | Excerpts of the Deposition of Gregory Stuart Mockford taken on August 21, 2007 |
| K | E-mail from Jack Levy to Jeffrey Frasier and Brian Chenoweth dated May 30, 2006, CWIC 00079 |

Dated this 10th day of September, 2007.

PARKS, BAUER, SIME, WINKLER & FERNETY LLP


By: _____/s/_____
Billy M. Sime, OSB 823932
Attorneys for Defendant


Billy M. Sime
Parks, Bauer, Sime, Winkler & Fernety LLP
570 Liberty Street SE, Suite 200
Salem, Oregon 97301
Phone: (503) 371-3502
Fax:    (503) 371-0429

Vincent P. Tomkiewicz
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
Phone: (312) 466-8000
Fax: (312) 466-8001

# EXHIBIT J

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


ROBERT GRAY PARTNERS, INC.,

    Plaintiff,

    v.                      No. 3:06-CV-1386-KI

CONTINENTAL WESTERN INSURANCE

COMPANY,

    Defendant.


DEPOSITION OF GREGORY STUART MOCKFORD

Taken in behalf of Defendant

August 21, 2007

EXHIBIT J
PAGE 1 OF 4

1  Q.  Have you been deposed before?
2  A.  Yes.
3  Q.  How many times?
4  A.  A dozen.
5  Q.  Okay. It sounds like you're familiar with the
6      rules. Please try to keep your voice up so she
7      can get everything down.
8  A.  I will.
9  Q.  Try to let me finish a question before you
10     answer and I will try to do the same.
11         Mr. Mockford, can you tell me who you are
12     currently employed by?
13 A.  Pinnell Busch, Incorporated.
14 Q.  Can you spell that.
15 A.  P I N N E L L, B U S C H.
16 Q.  And how long have you been with Pinnell Busch?
17 A.  A little over five years.
18 Q.  I am not quite sure when you found out there was
19     going to be a deposition today, but I think our
20     plan originally was to have someone else from
21     Pinnell Busch appear today. Is that your
22     understanding as well?
23 A.  Yes, it is.
24 Q.  Okay. And were you contacted last week to be
25     deposed today?

EXHIBIT J
PAGE 2 OF 4

1        have those records if you need it.

2   Q.   Okay. In general, were you contacted by the

3        Chenoweth Law Firm to work on a specific case or

4        claim for Robert Gray?

5   A.   Yes, I was.

6   Q.   What's your understanding about the nature of

7        that retention?

8   A.   We were retained to do a dispute analysis. And

9        this was when Robert Gray was basically served

10       with the lawsuit. Basically they hired us. We

11       are construction consultants. We both work in

12       the defense of and in the prosecution of

13       construction claims, all types of construction

14       litigation. So they called us to say, help us,

15       you know, we're not construction experts. Help

16       us, you know, we're well respected in the

17       industry. So we were hired to figure out what

18       the issues were and advise them.

19   Q.   Was that communication initially with you

20       personally?

21   A.   Yes.

22   Q.   Okay. So were you, is it fair to say you were

23       the contact person at Pinnell Busch for the

24       Robert Gray litigation?

25   A.   I would say that I, I'm senior project manager

EXHIBIT J
PAGE 3 OF 4

```
 1        this were under a separate job number, which
 2        there's no reason to believe it ever was, then
 3        this would be the first invoice.
 4   Q.   Okay.  And the AR transaction record is the
 5        first page of document 27; is that right?
 6   A.   That's correct.
 7   Q.   So that lists -- Well, let me ask you this:
 8        Does that list all the invoices, to your
 9        knowledge, for the Chenoweth Law Group relating
10        to the Robert Gray Partners, Inc. --
11   A.   Yes, it does.
12   Q.   Okay.  All right.  Let's go to that page 0004
13        again, your first time entry, Greg Mockford,
14        April 6, 2006, do you see that?
15   A.   Yes, I do.
16   Q.   There's an entry of two hours of time.  Do you
17        see that?
18   A.   Yes, I do.
19   Q.   And then a description reads, attend meeting
20        with Brian Chenoweth for Newberg School.
21   A.   Correct.
22   Q.   As you sit here today, is that the first time
23        entry that you made for work on the Robert Gray
24        Partners file?
25   A.   It should be.
```

EXHIBIT J
PAGE 4 OF 4

EXHIBIT K

From: Jack Levy [mailto:jlevy@smithfreed.com]
Sent: Tuesday, May 30, 2006 5:25 PM
To: Jeffrey S. Frasier; Brian Chenoweth
Cc: sneeds@cwgins.com; Jack Levy
Subject: Newberg School District

CWG claim 10069113

Jeff and Brian,

This follows up on my conversation with Jeff earlier today. I advised that I was retained by adjuster Steve Needs at the Continental Western Group (CWG) to defend the claims by the Newberg School District against Robert Gray Partners Inc. After I spoke with Jeff, he left me a voicemail asking for the reservation of rights letter. I do not have a reservation of rights letter from CWG, nor do I always get a copy if one gets issued. I am retained to defend the claim and not for coverage issues. By copy of this email to Steve Needs, I am asking him to forward the reservation of rights letter directly to you as counsel for Robert Gray Partners.

In any event, I wanted to get together with you and the client to discuss the claim. Let me know if Friday, 6/2 at 8:00am works for you.

thanks,
Jack

Jack Levy
Smith Freed & Eberhard, P.C.
1001 SW Fifth Avenue, 17th Floor
Portland, Oregon 97204
(503) 227-2424
fax (503) 227-2535
cell (503)349-9878
www.smithfreed.com

This email message may contain privileged and/or confidential information intended for the use of the person to whom it is addressed. If the reader of this message is not the intended recipient, or the employee, or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at 503-227-2424, and delete the original message. Destroy or return any original copies to Smith Freed & Eberhard, P.C., 1001 SW Fifth Avenue, Suite 1700, Portland, Oregon 97204. Thank you.

EXHIBIT K
PAGE 1 OF 1

CWIC00079

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2007, I served the foregoing DEFENDANT CONTINENTAL WESTERN INSURANCE COMPANY'S APPENDIX OF EXHIBITS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT on the following parties by electronic means through the Court's Case Management/Electronic Case File system:

Brian D. Chenoweth, OSB No. 944991
Brooks M. Foster, OSB No. 042873
brianc@northwestlaw.com
brooks@northwestlaw.com
601 SW 2nd Avenue, Suite 1940
Portland, OR 97204
    Of Attorneys for Plaintiff

Vincent P. Tomkiewicz
vincent.tomkiewicz@brg-law.net
500 West Madison Street, Suite 2300
Chicago, IL 60661
    Of Attorneys for Defendant

Dated this 10th day of September, 2007.

                        /s/
                Billy M. Sime, OSB No. 823932
                Of Attorneys for Defendant
                Parks Bauer Sime Winkler & Fernety LLP
                570 Liberty St SE, Suite 200
                Salem OR 97301
                (503) 371-3502; Fax (503) 371-0429
                bsime@pbswlaw.com